1  CHRISTOPHER C. WATTERS, ESQ. - 253853        (SPACE BELOW FOR FILING STAMP ONLY)
   LAW OFFICES OF
2  **MILES, SEARS & EANNI**
   A PROFESSIONAL CORPORATION
   2844 FRESNO STREET
3  P.O. BOX 1432
   FRESNO, CALIFORNIA 93716
   TELEPHONE (559) 486-5200
4

5  Attorneys for **Plaintiffs**

6

7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          ***

11 GRACIE RODRIGUEZ,            ) NO. 1:10-CV-00089-AWI-DLB
                                )
12             Plaintiff,       ) **ORDER RE:**
                                ) **CONTINUANCE OF MANDATORY**
13 vs.                          ) **SCHEDULING CONFERENCE**
                                )
14                              )
   UNITED STATES OF AMERICA;    )
15 DOE 1 THROUGH DOE 100,       )
                                )
16             Defendants.      )
17 _____)

18     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19     IT HEREBY ORDERED AS FOLLOWS:

20     1.   That Defendant, United States of America, be granted an
21 additional 30 days to file responsive pleadings.  They were served
22 on February 16, 2010, and responsive pleadings would now be due by
23 May 17, 2010.

24     2.   That the Mandatory Scheduling Conference currently
25 scheduled for April 20, 2010, be continued to July 14, 2010, at
26 9:00 a.m. in Courtroom 9;
27 /////
28 /////

*10cv89.o.Stip Cont.wpd*

1       3.   That the Joint Scheduling Report be due on July 7, 2010,
2  in accordance with the Order Setting Mandatory Scheduling
3  Conference.
4       IT IS SO ORDERED.
5       **Dated:   March 31, 2010**             **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

*10cv89.o.Stip Cont.wpd*