CHRISTOPHER C. WATTERS, ESQ. - 253853
LAW OFFICES OF
**MILES, SEARS & EANNI**
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
P.O. BOX 1432
FRESNO, CALIFORNIA 93716
TELEPHONE (559) 486-5200

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for **Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| GRACIE RODRIGUEZ, | NO. 1:10-CV-00089-AWI-SKO |
| Plaintiff, | **ORDER RE:** |
| vs. | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |
| UNITED STATES OF AMERICA; DOE 1 THROUGH DOE 100, | |
| Defendants. | |

IT HEREBY ORDERED AS FOLLOWS:

1. The Mandatory Scheduling Conference currently scheduled for July 14, 2010, at 9:30 a.m. in Courtroom 8, will be continued to **July 28, 2010** at 9:30 a.m. in Courtroom 8.
2. The Joint Scheduling Report will be due in accordance with the Order Setting Mandatory Scheduling Conference.

IT IS SO ORDERED.

**Dated:  June 2, 2010**          /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

*10cv89.stip.cont.sched.conf.at.wpd*