1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| GRACIE RODRIGUEZ, | ) | 1:10-cv-00089-AWI/SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION EXTENDING NON-EXPERT DISCOVERY FOR DR. YAMAGUICHI; ORDER THEREON** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; DOE 1 THROUGH DOE 100, | ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Gracie Rodriguez ("Plaintiff") and  Defendant United States of America ("United States") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the date by which to take non-expert discovery from Dr. Kent Yamaguichi.

The parties base this stipulation on good cause as the parties have attempted to finish non-expert discovery and all depositions have been noticed.  However, the Plaintiff's treating physician, Dr. Kent Yamaguichi, is not available until January 4, 2011, which is afer the non-expert discovery cut-off.  The parties agree to extend the scheduling deadline for non-expert discovery cut-off for the deposition of Dr. Kent Yamaguichi until January 31, 2011, without affecting the pre-trial conference or trial date in this action.

| | **Old Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off for the deposition of Dr. Kent Yamaguichi | 12/30/10 | 01/31/11 |

1

STIPULATION EXTENDING NON-EXPERT DISCOVERY FOR DR. YAMAGUICHI; ORDER THEREON

For the reasons set forth herein, the parties therefore stipulate and agree to extend the foregoing deadline as specified above. The parties request the court endorse this stipulation by way of formal order.

Dated: December 22, 2010            BENJAMIN B. WAGNER
                                    United States Attorney


                            By:     /s/ Jeffrey J. Lodge
                                    Jeffrey J. Lodge
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant

Dated: December 22, 2010            MILES, SEARS & EANNI


                                    (As authorized 12/22/10)
                            By:     /s/Christopher C. Watters
                                    Christopher C. Watters
                                    Attorneys for Plaintiff

### ORDER

Upon the parties' stipulation and for good cause appearing, the non-expert discovery deadline is extended to **January 31, 2011**. All other dates shall remain unchanged.

IT IS SO ORDERED.

**Dated:   December 27, 2010**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE