BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE RODRIGUEZ, ) | 1:10-cv-00089-AWI/SKO |
| ) | |
| Plaintiff, ) | **STIPULATION EXTENDING NON-EXPERT DISCOVERY AND EXPERT DISCLOSURE; ORDER THEREON** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| DOE 1 THROUGH DOE 100, ) | |
| ) | |
| Defendants. ) | |

   Plaintiff Gracie Rodriguez ("Plaintiff") and Defendant United States of America ("United States") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the date by which to take non-expert discovery and disclose experts.

   The parties base this stipulation on good cause as the parties reached a settlement agreement on December 28, 2010, and would like to extend deadlines until the settlement is fully documented. The parties agree to extend the scheduling deadline for non-expert discovery and expert disclosure, without affecting the pre-trial conference or trial date in this action.

| | **Old Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 12/30/10 | 01/31/11 |
| Expert disclosure deadline | 12/30/10 | 01/31/11 |

1

STIPULATION EXTENDING NON-EXPERT DISCOVERY
AND EXPERT DISCLOSURE DEADLINE; [PROPOSED] ORDER THEREON

1  For the reasons set forth herein, the parties therefore stipulate and agree to extend the
2  foregoing deadlines as specified above. The parties request the court endorse this stipulation by
3  way of formal order.

4  Dated: December 29, 2010                               BENJAMIN B. WAGNER
                                                          United States Attorney

                                                   By:    /s/ Jeffrey J. Lodge
                                                          Jeffrey J. Lodge
                                                          Assistant U.S. Attorney
                                                          Attorneys for Defendant

9  Dated: December 29, 2010                               MILES, SEARS & EANNI

                                                   By:    /s/ Christopher C. Watters (approved 12/29/10)
                                                          Christopher C. Watters
                                                          Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   January 3, 2011**                              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE