BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE RODRIGUEZ, ) | 1:10-cv-00089-AWI/SKO |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL;** |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| DOE 1 THROUGH DOE 100, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), Plaintiff Gracie Rodriguez and Defendant United States of America, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: January 20, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney

                                    By:    /s/ Jeffrey J. Lodge
                                           Jeffrey J. Lodge
                                           Assistant U.S. Attorney
                                           Attorneys for Defendant

Dated: January 20, 2011                    MILES, SEARS & EANNI
                                           (As authorized 1/20/2011)
                                    By:    /s/ Christopher C. Watters
                                           Christopher C. Watters
                                           Attorneys for Plaintiff

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.   The Clerk of the Court is DIRECTED to close this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:     January 23, 2011                                      _____
                                                                 CHIEF UNITED STATES DISTRICT JUDGE